IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:08-CR-331 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| BRANDON DAVIS | : | |

**ORDER**

**WHEREAS**, this 20TH day of January, 2009, there being no objections filed to the Magistrate Judge's Report and Recommendation issued November 25, 2008, **IT IS HEREBY ORDERED THAT** this Court accepts the Guilty Plea of the Defendant and sets March 19, 2009, at 10:00 a.m., as the sentencing date in the above case. Said sentencing shall be held in front of Chief Judge Kane in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg, Pennsylvania.

                                                   S/ Yvette Kane
                                                   Yvette Kane, Chief Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania